Same case below, 377 Fed. Appx. 647.

**No. 10-8456. Andrew Grant DeYoung, Petitioner v. Derrick Schofield, Warden.**

562 U.S. 1293, 131 S. Ct. 1691, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2317, ■

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 609 F.3d 1260.

**No. 10-8467. Jerry L. Thomas, Petitioner v. David Parker, et al.**

562 U.S. 1293, 131 S. Ct. 1691, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2367.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 609 F.3d 1114.

**No. 10-8474. Charles R. Thibeault, Petitioner v. New York.**

562 U.S. 1293, 131 S. Ct. 1691, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2302.

March 21, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 73 App. Div. 3d 1237, 900 N.Y.S.2d 501.

**No. 10-8475. Michael A. Victory, Petitioner v. James A. Yates, Warden.**

562 U.S. 1293, 131 S. Ct. 1691, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2401.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8483. Barry S. Jameson, Petitioner v. James A. Yates, Warden.**

562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2299.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8485. Kevin Alston, Petitioner v. Court of Appeals of Wisconsin.**

562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2192, ■

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 397 Fed. Appx. 230.

**No. 10-8492. Robert Rolle, Petitioner v. Agency for Persons with Disabilities.**

562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 628, 2011 U.S. LEXIS 2211.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 47 So. 3d 1290.